IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>A. A. LAMARQUE, et al.,<br><br>    Defendants.                   / | No. C 09-02235 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION |

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff may file his opposition to Defendant's dispositive motion up to <u>ninety (90) days</u> from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 25.

    IT IS SO ORDERED.

Dated: 3/31/2011

                                              CLAUDIA WILKEN<br>                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO GARCIA,

    Plaintiff,

v.

A A LAMARQUE et al,

    Defendant.

Case Number: CV09-02235 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Garcia K-38818
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dated: March 31, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

2