IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO GARCIA,

    Plaintiff,

  v.

A. A. LAMARQUE, et al.,

    Defendants.
_____/

C 09-2235 CW (PR)

**AMENDED** ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES

    Before the Court is Plaintiff's motion for leave to file an oversized memorandum of points and authority in opposition to Defendants' motion to dismiss.

    The Court finds Plaintiff has shown good cause for his request to file an oversized memorandum of points and authority in opposition to Defendants' motion to dismiss.

    Accordingly, Plaintiff's motion (docket no. 27) is GRANTED. **Plaintiff may file an opposition up to and including forty (40) pages long no later than June 29, 2011.**

    The Court will review the merits of the case in a separate written Order.

    This Order terminates Docket no. 27

DATED: 4/20/2011

                                                            CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO GARCIA,

        Plaintiff,

  v.

A A LAMARQUE et al,

        Defendant.
                                    /

Case Number: CV09-02235 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Garcia K-38818
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dated: April 20, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk